UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NELSON, | No. 2:14-cv-1439 DAD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner has requested an extension of time to file a petition for writ of habeas corpus pursuant to the court's order filed June 25, 2014.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. No. 5) is granted; and

2. Petitioner shall file his petition for writ of habeas corpus within thirty days of the date of this order.  Petitioner shall also file within thirty days of the date of this order the application to proceed in forma pauperis on the form provided by the Clerk of Court or the filing fee in the

/////

/////

---

[1] In the court's order filed June 25, 2014, the court also instructed petitioner to submit an application to proceed in forma pauperis or the filing fee.  To date, petitioner has not done so.  With this order the court will grant him additional time to do so.

1 amount of $5.00.  Petitioner's failure to comply with this order will result in a recommendation
2 that this matter be dismissed.
3  Dated: July 29, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
nels1439.111pet

2